UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT NEWKIRK,

    Plaintiff,

v.

CONSOLIDATED RAIL
CORPORATION AND NORFOLK
SOUTHERN RAILWAY COMPANY,

    Defendants.
_____/

HONORABLE PAUL L. MALONEY

Case No. 1:16-cv-332

## ORDER OF RECUSAL

I must recuse myself under 28 U.S.C. § 455(a) and (b)(4) from further involvement in this case due to a conflict.  The Clerk's Office shall reassign this case to another district judge in accordance with the approved procedure and assign this judge another case in its stead.

**IT IS SO ORDERED**.

Date:  April 11, 2016

    /s/ Paul L. Maloney
    Paul L. Maloney
    United States District Judge